UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
JENNIFER WINTER,

                              Plaintiff,

-vs-

BAYVIEW LOAN SERVICING, LLC,

                              Defendant.
------------------------------------------------------------ X

**STIPULATION OF DISCONTINUANCE**

1:19-cv-07099-LDH-SMG

      **IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for Defendant and Plaintiff, pro se the undersigned parties, as follows:

1. That this action was originally commenced by plaintiff Jennifer Winter in Supreme Court, State of New York, Richmond County on or about November 4, 2019.

2. That his action was removed to this Court on or about December 18, 2019;

3. The parties have resolved to discontinue this action with prejudice;

4. The parties have sought the benefit of counsel of their choice, and choose to enter into this stipulation, knowingly, voluntarily, and without reservation or restraint;

5. Accordingly, the above-referenced action is hereby dismissed and discontinued, with prejudice, and with each party to pay their own respective costs, expenses, and fees.

6. No party to the action is an infant, incompetent person for whom a committee has been appointed, or conservatee, and no person not a party thereto has an interest in the subject matter of the action.

7. The plantiff Ms. Winter will not seek fees or costs from the defendants. The defendants will not seek fees or costs from the plantiff Ms. Winter

[SIGNATURES INCLUDED BELOW]

74913087.1

Dated: 9/30/2020, 2020

*Jennifer Winter*
Jennifer Winter
Plaintiff Pro Se

UNIFORM, ALL PURPOSE CERTIFICATE OF ACKNOWLEDGEMENT
STATE OF New York )
) SS:
COUNTY OF Richmond )

On the 30th day of September, in the year of 2020 before me, the undersigned personally appeared Jennifer Winter, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that she executed same in her capacity and that by her signature on the instrument, the individual or the person upon behalf of which the individual acted, executed the instrument, and that such individual made such appearance before the undersigned in Staten Island, NY, (insert the city or other political subdivision and the state or county or other place the acknowledgment was taken).

-NOTARY PUBLIC-

JOHN J. CUFFE
Notary Public, State of New York
No. 01CU6082147
Qualified in Richmond County
Commission Expires Oct. 21, 2022

Dated: September 30, 2020
October 6, 2020

POLSINELLI PC

Robert H. King, Esq. rk3775
600 Third Avenue, 42nd Floor
New York, New York 10016
(212) 413-2887
rking@polsinelli.com
*Attorney for Defendant Bayview Loan Servicing, LLC*

Dated **October 14**, 2020

SO ORDERED,
s/ LDH
_____
Hon. LaShann DeArcy Hall, USDJ

74913087.1